IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CRECENSIANO CHAVEZ,

    Petitioner,               No. CIV S-11-1117 GGH P

    vs.

RANDY GROUNDS,

    Respondent.            ORDER

_____/

        Petitioner, a state prisoner proceeding pro se, has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  This case is before the undersigned pursuant to both parties' consent.  On July 1, 2011, respondent filed a motion to dismiss.  Petitioner has not filed an apposition or otherwise communicated with the court.  Petitioner shall file an opposition within 14 days of service of this order or this case will be dismissed.

        In accordance with the above, IT IS HEREBY ORDERED that petitioner shall file an opposition within 14 days of service of this order or this case will be dismissed.

DATED: August 24, 2011

                         /s/ Gregory G. Hollows
                        UNITED STATES MAGISTRATE JUDGE

GGH: AB
chav1117.ord

1