IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CRECENSIANO CHAVEZ,

    Petitioner,                    No. CIV S-11-1117 GGH P

   vs.

RANDY GROUNDS,

    Respondent.                ORDER

_____/

        Petitioner, a state prisoner proceeding pro se, has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. This case is before the undersigned pursuant to both parties' consent. Docs. 3, 9. On July 1, 2009, respondent filed a motion to dismiss the petition as filed beyond the statute of limitations. Petitioner did not file an opposition, so on August 25, 2011, the court ordered petitioner to file an opposition within 14 days or the case would be dismissed. The 14 days have since passed and petitioner has not filed an opposition or otherwise communicated with the court. Local Rule 230(l) provides in part: "Failure of the responding party to file written opposition or to file a statement of no opposition may be deemed a waiver of any opposition to the granting of the motion . . . ."

        In the instant case, petitioner has been warned that his failure to oppose the motion to dismiss would result in dismissal of this case. Based on petitioner's failure to file an

1

opposition, the court concludes that petitioner has waived opposition to the motion to dismiss. In the alternative, the court finds that respondent's motion has merit.

In accordance with the above, IT IS HEREBY ORDERED that this case is dismissed.

DATED: October 5, 2011

                                          /s/ Gregory G. Hollows
                                  UNITED STATES MAGISTRATE JUDGE

GGH: AB
chav1117.dis